

THE ATTORNEY GENERAL

OF TEXAS

CRAWFORD C. MARTIN
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

May 17, 1968

Dr. J.W. Edgar
Commissioner of Education
Texas Education Agency
Austin, Texas  78711

Opinion No M-236

Re: Whether Article 2786e,
V.C.S., authorizes an
independent school dis-
trict to issue time
warrants for purchase of
land only, which is de-
sired for school building
or classroom construction
needs projected into the
future.

Dear Dr Edgar:

You have requested that the Attorney General render an
opinion on whether Article 2786e, Vernon's Civil Statutes,
authorizes an independent school district to issue time
warrants for purchase of land only (not to exceed $25,000),
which is desired for school building or classroom construction
to be built at some future time

Section One of Article 2786e, reads as follows:

"Section 1.  Any school district in the State
of Texas in need of funds to repair or renovate school
buildings; purchase school buildings and school equip-
ment;  to equip school properties with necessary heating,
water, sanitation, lunchroom and electric facilities;
or is need of funds with which to employ an individual
firm or corporation deemed to have special skill and
experience to compile taxation data for use by its board
of equalization; and said school district is financially
unable out of available funds to make such repairs,
renovations of school buildings, purchase school build-
ings, purchase school equipment, to equip school pro-
perties with necessary heating, water, sanitation,
lunchroom or electric facilities or is unable to pay
such individual or corporation for the performance of
the professional duties hereinabove mentioned, may,
subject to the provisions hereof, issue interest-
bearing time warrants, in amounts sufficient to make
such purchase and improvements, to pay all or part of
the compensation of such individual, firm or corporation
to compile such data, any law to the contrary notwith-
standing.  Such warrants shall mature in serial install-
ments of not more than five (5) years from their date of

- 1150 -

issue, and to bear interest at a rate not to exceed six per centum (6%) per annum. Such warrants shall upon maturity be payable out of any available funds of such school district in the order of their maturity dates. Any such interest-bearing time warrants so issued may be issued and sold by such district for not less than their face value, and the proceeds thereof used to provide funds required for the purpose for which they are issued. Such warrants shall be entitled to first and prior payment out of any available funds of such district as they become due. Included in such purposes is the payment of any amounts owed by said school districts, which indebtedness was incurred in carrying out any of such purposes."

The above-quoted section is the only portion of Article 2786e specifying the purpose for which time warrants may be issued. While it authorizes the issuance of time warrants to purchase "school buildings and school equipment", it neither expressly or impliedly authorizes the issuing of such warrants for the purpose of purchasing unimproved land upon which school buildings or school equipment is to be erected at some future date.

We therefore hold that a school district would not be authorized to issue time warrants, pursuant to Article 2786e, for the purpose of purchasing land only.

## S U M M A R Y

Article 2786e, Vernon's Civil Statutes does not authorize a school district to issue time warrants for the purpose of purchasing land only.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Roy W. Mouer
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Hawthorne Phillips, Chairman
Kerns Taylor, Co-Chairman
Z.T. Fortescue,lll
Fielding Early
John Banks
Jack Goodman
A.J. CARUBBI, JR.
Executive Assistant